319 A.2d 99.

MARIA MALAK *vs.* WILLIAM D. MACINTOSH.

MAY 24, 1974.

PRESENT: Paolino, Joslin, Kelleher and Doris, JJ.

PER CURIAM. Both parties have agreed that our decision in *Pescatore* v. *MacIntosh,* 113 R. I. 139, 319 A.2d 21 (1974), and the subsequent filing of a remittitur as provided therein, have rendered this case moot. Accordingly, the plaintiff's appeal is hereby denied and dismissed, the judgment appealed from is affirmed and the case is remitted to the Superior Court for further proceedings.

Mr. Chief Justice Roberts did not participate.

*William H. McSoley, Jr.,* for plaintiff.

*Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for defendant.